# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

| | |
|---|---|
| LUIS MOLINA ACOSTA,<br>Plaintiff,<br>V.<br>DAVID L. WINN, WARDEN, FMC-DEVENS,<br>Defendant | APPLICATION TO PROCEED<br>WITHOUT PREPAYMENT OF<br>FEES AND AFFIDAVIT<br><br>**04-40147**<br><br>CASE NUMBER: |

I, __Luis Molina Acosta__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __FMC-Devens, P.O. Box 879, Ayer, MA 01432__

   Are you employed at the institution? __No__  Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☐ No    Not applicable

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☒ | ☐ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

# Inmate Statement

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Inmate Reg #: | 16056069 | | | | Current Institution: | Devens FMC | | | |
| Inmate Name: | MOLINA-ACOSTA, LUIS | | | | Housing Unit: | J CC | | | |
| Report Date: | 06/07/2004 | | | | Living Quarters: | J02-221L | | | |
| Report Time: | 3:38:14 PM | | | | | | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Reciept# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 10/1/2003 2:03:44 PM | 38 | | 1092368 | Local Collections | $45.00 | | $45.00 |
| DEV | 10/1/2003 5:12:36 PM | ITS1001 | | | ITS Withdrawal | $(10.00) | | $35.00 |
| DEV | 10/2/2003 4:39:00 PM | ITS1002 | | | ITS Withdrawal | $(10.00) | | $25.00 |
| DEV | 10/3/2003 4:37:15 PM | ITS1003 | | | ITS Withdrawal | $(5.00) | | $20.00 |
| DEV | 10/3/2003 6:13:52 PM | ITS1003 | | | ITS Withdrawal | $(5.00) | | $15.00 |
| DEV | 10/4/2003 6:33:24 PM | ITS1004 | | | ITS Withdrawal | $(5.00) | | $10.00 |
| DEV | 10/6/2003 5:30:25 PM | ITS1006 | | | ITS Withdrawal | $(5.00) | | $5.00 |
| DEV | 10/10/2003 4:43:27 PM | ITS1010 | | | ITS Withdrawal | $(3.00) | | $2.00 |
| DEV | 10/11/2003 12:28:57 PM | ITS1011 | | | ITS Withdrawal | $(1.00) | | $1.00 |
| DEV | 10/12/2003 9:08:10 AM | ITS1012 | | | ITS Withdrawal | $(1.00) | | $0.00 |
| DEV | 10/27/2003 2:27:44 PM | 1600 | | 1092387 | Local Collections | $25.00 | | $25.00 |
| DEV | 10/27/2003 4:35:03 PM | ITS1027 | | | ITS Withdrawal | $(1.00) | | $24.00 |
| DEV | 10/28/2003 1:26:00 PM | 1650 | | 1092388 | Local Collections | $75.00 | | $99.00 |
| DEV | 10/28/2003 5:06:43 PM | ITS1028 | | | ITS Withdrawal | $(5.00) | | $94.00 |
| DEV | 10/29/2003 11:29:15 AM | 9 | | | Sales | $(67.50) | | $26.50 |
| DEV | 10/29/2003 11:34:18 AM | 11 | | | Sales | $(6.50) | | $20.00 |
| DEV | 10/29/2003 4:35:15 PM | ITS1029 | | | ITS Withdrawal | $(10.00) | | $10.00 |
| DEV | 10/30/2003 4:38:02 PM | ITS1030 | | | ITS Withdrawal | $(3.00) | | $7.00 |
| DEV | 11/1/2003 11:04:02 PM | ITS1101 | | | ITS Withdrawal | $(1.00) | | $6.00 |
| DEV | 11/2/2003 6:54:22 PM | ITS1102 | | | ITS Withdrawal | $(2.00) | | $4.00 |
| DEV | 11/3/2003 5:24:45 PM | ITS1103 | | | ITS Withdrawal | $(2.00) | | $2.00 |
| DEV | 11/6/2003 9:25:48 PM | ITS1106 | | | ITS Withdrawal | $(1.00) | | $1.00 |
| DEV | 11/10/2003 4:48:34 PM | ITS1110 | | | ITS Withdrawal | $(1.00) | | $0.00 |
| DEV | 11/17/2003 2:12:12 PM | 2790 | | 1079511 | Local Collections | $50.00 | | $50.00 |
| DEV | 11/17/2003 5:11:19 PM | ITS1117 | | | ITS Withdrawal | $(10.00) | | $40.00 |
| DEV | 11/18/2003 8:03:27 PM | ITS1118 | | | ITS Withdrawal | $(5.00) | | $35.00 |
| DEV | 11/19/2003 11:25:07 AM | 9 | | | Sales | $(34.40) | | $0.60 |
| DEV | 11/21/2003 1:54:59 PM | 3125 | | 1089711 | Local Collections | $45.00 | | $45.60 |
| DEV | 11/21/2003 4:38:49 PM | ITS1121 | | | ITS Withdrawal | $(5.00) | | $40.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DEV | 11/22/2003 9:20:05 PM | ITS1122 | | ITS Withdrawal | $(5.00) | $35.60 |
| DEV | 11/23/2003 11:13:51 AM | ITS1123 | | ITS Withdrawal | $(5.00) | $30.60 |
| DEV | 11/23/2003 3:33:27 PM | ITS1123 | | ITS Withdrawal | $(3.00) | $27.60 |
| DEV | 11/24/2003 5:10:47 PM | ITS1124 | | ITS Withdrawal | $(2.00) | $25.60 |
| DEV | 12/3/2003 8:13:32 AM | DL0025 | | Transfer - In from IATM | $50.60 | $76.20 |
| DEV | 12/3/2003 7:42:19 PM | ITS1203 | | ITS Withdrawal | $(10.00) | $66.20 |
| DEV | 12/4/2003 7:03:08 PM | ITS1204 | | ITS Withdrawal | $(5.00) | $61.20 |
| DEV | 12/5/2003 8:50:34 AM | 91600108 | | FRP Quarterly Pymt | $(25.00) | $36.20 |
| DEV | 12/5/2003 4:40:57 PM | ITS1205 | | ITS Withdrawal | $(3.00) | $33.20 |
| DEV | 12/6/2003 4:19:07 PM | ITS1206 | | ITS Withdrawal | $(5.00) | $28.20 |
| DEV | 12/7/2003 4:29:48 PM | ITS1207 | | ITS Withdrawal | $(3.00) | $25.20 |
| DEV | 12/8/2003 1:54:52 PM | 4119 | 1079514 | Local Collections | $50.00 | $75.20 |
| DEV | 12/8/2003 6:18:25 PM | ITS1208 | | ITS Withdrawal | $(5.00) | $70.20 |
| DEV | 12/9/2003 12:40:44 PM | 4287 | 1089725 | Local Collections | $45.00 | $115.20 |
| DEV | 12/9/2003 4:38:19 PM | ITS1209 | | ITS Withdrawal | $(5.00) | $110.20 |
| DEV | 12/10/2003 12:16:46 PM | 42 | | Sales | $0.00 | $110.20 |
| DEV | 12/10/2003 12:35:56 PM | 36 | | Sales | $(66.60) | $43.60 |
| DEV | 12/14/2003 3:17:36 PM | ITS1214 | | ITS Withdrawal | $(2.00) | $41.60 |
| DEV | 12/15/2003 3:17:02 PM | 4672 | 1089730 | Local Collections | $50.00 | $91.60 |
| DEV | 12/15/2003 5:02:21 PM | ITS1215 | | ITS Withdrawal | $(5.00) | $86.60 |
| DEV | 12/16/2003 8:38:27 AM | | 256 | Gift | $(40.00) | $46.60 |
| DEV | 12/17/2003 12:02:47 PM | 24 | | Sales | $(43.20) | $3.40 |
| DEV | 12/20/2003 6:49:57 PM | ITS1220 | | ITS Withdrawal | $(3.00) | $0.40 |
| DEV | 12/24/2003 12:48:34 PM | 5985 | 1089741 | Local Collections | $50.00 | $50.40 |
| DEV | 12/24/2003 4:35:39 PM | ITS1224 | | ITS Withdrawal | $(10.00) | $40.40 |
| DEV | 12/25/2003 4:42:43 PM | ITS1225 | | ITS Withdrawal | $(10.00) | $30.40 |
| DEV | 12/27/2003 8:35:18 PM | ITS1227 | | ITS Withdrawal | $(5.00) | $25.40 |
| DEV | 12/29/2003 2:33:50 PM | 6117 | 1089742 | Local Collections | $20.00 | $45.40 |
| DEV | 12/31/2003 4:35:42 PM | ITS1231 | | ITS Withdrawal | $(10.00) | $35.40 |
| DEV | 1/5/2004 6:26:27 PM | ITS0105 | | ITS Withdrawal | $(5.00) | $30.40 |
| DEV | 1/6/2004 11:22:44 AM | 8 | | Sales | $(24.80) | $5.60 |
| DEV | 1/8/2004 4:56:39 PM | ITS0108 | | ITS Withdrawal | $(2.00) | $3.60 |
| DEV | 1/9/2004 7:26:22 PM | ITS0109 | | ITS Withdrawal | $(1.00) | $2.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DEV | 1/10/2004 4:49:26 PM | ITS0110 | | ITS Withdrawal | $(1.00) | $1.60 |
| DEV | 1/11/2004 6:18:19 PM | ITS0111 | | ITS Withdrawal | $(1.00) | $0.60 |
| DEV | 1/12/2004 1:45:54 PM | 7016 | 1089759 | Local Collections | $40.00 | $40.60 |
| DEV | 1/12/2004 9:27:24 PM | ITS0112 | | ITS Withdrawal | $(5.00) | $35.60 |
| DEV | 1/13/2004 6:44:30 PM | 23 | | Sales | $(35.60) | $0.00 |
| DEV | 2/2/2004 2:33:52 PM | 8085 | 1089772 | Local Collections | $25.00 | $25.00 |
| DEV | 2/2/2004 4:54:11 PM | ITS0202 | | ITS Withdrawal | $(5.00) | $20.00 |
| DEV | 2/3/2004 4:47:38 PM | ITS0203 | | ITS Withdrawal | $(5.00) | $15.00 |
| DEV | 2/4/2004 6:09:09 PM | ITS0204 | | ITS Withdrawal | $(2.00) | $13.00 |
| DEV | 2/6/2004 9:36:48 PM | ITS0206 | | ITS Withdrawal | $(1.00) | $12.00 |
| DEV | 2/7/2004 4:51:04 PM | ITS0207 | | ITS Withdrawal | $(1.00) | $11.00 |
| DEV | 2/8/2004 3:42:48 PM | ITS0208 | | ITS Withdrawal | $(1.00) | $10.00 |
| DEV | 2/8/2004 5:49:24 PM | ITS0208 | | ITS Withdrawal | $(1.00) | $9.00 |
| DEV | 2/9/2004 5:42:20 PM | ITS0209 | | ITS Withdrawal | $(2.00) | $7.00 |
| DEV | 2/9/2004 7:37:30 PM | ITS0209 | | ITS Withdrawal | $(1.00) | $6.00 |
| DEV | 2/10/2004 6:25:13 PM | ITS0210 | | ITS Withdrawal | $(1.00) | $5.00 |
| DEV | 2/11/2004 5:41:34 PM | ITS0211 | | ITS Withdrawal | $(1.00) | $4.00 |
| DEV | 2/12/2004 6:23:17 PM | ITS0212 | | ITS Withdrawal | $(1.00) | $3.00 |
| DEV | 2/15/2004 10:51:21 AM | ITS0215 | | ITS Withdrawal | $(2.00) | $1.00 |
| DEV | 2/15/2004 12:18:28 PM | ITS0215 | | ITS Withdrawal | $(1.00) | $0.00 |
| DEV | 2/23/2004 2:48:00 PM | 9490 | 1089786 | Local Collections | $25.00 | $25.00 |
| DEV | 2/25/2004 4:45:33 PM | ITS0225 | | ITS Withdrawal | $(5.00) | $20.00 |
| DEV | 2/26/2004 8:01:43 PM | ITS0226 | | ITS Withdrawal | $(3.00) | $17.00 |
| DEV | 2/28/2004 12:04:36 PM | ITS0228 | | ITS Withdrawal | $(5.00) | $12.00 |
| DEV | 3/1/2004 5:20:51 PM | ITS0301 | | ITS Withdrawal | $(2.00) | $10.00 |
| DEV | 3/2/2004 5:01:28 PM | ITS0302 | | ITS Withdrawal | $(2.00) | $8.00 |
| DEV | 3/3/2004 8:49:11 PM | ITS0303 | | ITS Withdrawal | $(1.00) | $7.00 |
| DEV | 3/4/2004 4:48:58 PM | ITS0304 | | ITS Withdrawal | $(2.00) | $5.00 |
| DEV | 3/5/2004 8:43:21 AM | 91600124 | | FRP Quarterly Pymt | $0.00 | $5.00 |
| DEV | 3/5/2004 6:10:16 PM | ITS0305 | | ITS Withdrawal | $(1.00) | $4.00 |
| DEV | 3/5/2004 10:29:45 PM | ITS0305 | | ITS Withdrawal | $(1.00) | $3.00 |
| DEV | 3/6/2004 9:48:38 AM | ITS0306 | | ITS Withdrawal | $(1.00) | $2.00 |
| DEV | 3/7/2004 6:59:15 PM | ITS0307 | | ITS Withdrawal | $(1.00) | $1.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DEV | 3/8/2004 7:19:10 PM | ITS0308 | | ITS Withdrawal | $(1.00) | $0.00 |
| DEV | 3/11/2004 1:33:52 PM | 10588 | 1089800 | Local Collections | $30.00 | $30.00 |
| DEV | 3/11/2004 7:03:35 PM | ITS0311 | | ITS Withdrawal | $(5.00) | $25.00 |
| DEV | 3/13/2004 8:32:48 PM | ITS0313 | | ITS Withdrawal | $(5.00) | $20.00 |
| DEV | 3/15/2004 4:59:53 PM | ITS0315 | | ITS Withdrawal | $(5.00) | $15.00 |
| DEV | 3/17/2004 6:25:45 PM | ITS0317 | | ITS Withdrawal | $(5.00) | $10.00 |
| DEV | 3/18/2004 2:27:28 PM | 11045 | 1079536 | Local Collections | $75.00 | $85.00 |
| DEV | 3/18/2004 9:47:17 PM | ITS0318 | | ITS Withdrawal | $(5.00) | $80.00 |
| DEV | 3/19/2004 6:54:11 PM | ITS0319 | | ITS Withdrawal | $(5.00) | $75.00 |
| DEV | 3/20/2004 7:08:38 PM | ITS0320 | | ITS Withdrawal | $(10.00) | $65.00 |
| DEV | 3/21/2004 5:11:47 PM | ITS0321 | | ITS Withdrawal | $(5.00) | $60.00 |
| DEV | 3/22/2004 9:39:46 PM | ITS0322 | | ITS Withdrawal | $(2.00) | $58.00 |
| DEV | 3/23/2004 12:18:26 PM | 36 | | Sales | $(24.45) | $33.55 |
| DEV | 3/25/2004 4:44:10 PM | ITS0325 | | ITS Withdrawal | $(3.00) | $30.55 |
| DEV | 3/27/2004 10:53:29 AM | ITS0327 | | ITS Withdrawal | $(2.00) | $28.55 |
| DEV | 3/28/2004 7:54:03 PM | ITS0328 | | ITS Withdrawal | $(3.00) | $25.55 |
| DEV | 3/31/2004 1:42:14 PM | 11781 | 1089818 | Local Collections | $25.00 | $50.55 |
| DEV | 4/1/2004 4:34:09 PM | ITS0401 | | ITS Withdrawal | $(5.00) | $45.55 |
| DEV | 4/2/2004 10:01:59 PM | ITS0402 | | ITS Withdrawal | $(2.00) | $43.55 |
| DEV | 4/3/2004 12:19:32 PM | ITS0403 | | ITS Withdrawal | $(3.00) | $40.55 |
| DEV | 4/4/2004 12:15:52 PM | ITS0404 | | ITS Withdrawal | $(1.00) | $39.55 |
| DEV | 4/4/2004 12:23:27 PM | ITS0404 | | ITS Withdrawal | $(2.00) | $37.55 |
| DEV | 4/5/2004 10:42:35 AM | 91600012 | | FRP Monthly Pymt | $(25.00) | $12.55 |
| DEV | 4/5/2004 5:34:34 PM | ITS0405 | | ITS Withdrawal | $(2.00) | $10.55 |
| DEV | 4/8/2004 5:43:25 PM | ITS0408 | | ITS Withdrawal | $(2.00) | $8.55 |
| DEV | 4/9/2004 9:58:07 PM | ITS0409 | | ITS Withdrawal | $(1.00) | $7.55 |
| DEV | 4/11/2004 7:44:44 PM | ITS0411 | | ITS Withdrawal | $(2.00) | $5.55 |
| DEV | 4/12/2004 4:52:39 PM | ITS0412 | | ITS Withdrawal | $(3.00) | $2.55 |
| DEV | 4/13/2004 4:34:00 PM | ITS0413 | | ITS Withdrawal | $(2.00) | $0.55 |
| DEV | 4/15/2004 2:16:30 PM | 12843 | 1079555 | Local Collections | $25.00 | $25.55 |
| DEV | 4/15/2004 6:19:31 PM | ITS0415 | | ITS Withdrawal | $(5.00) | $20.55 |
| DEV | 4/17/2004 2:52:09 PM | ITS0417 | | ITS Withdrawal | $(3.00) | $17.55 |
| DEV | 4/18/2004 12:14:30 PM | ITS0418 | | ITS Withdrawal | $(2.00) | $15.55 |
| DEV | 4/18/2004 | ITS0418 | | ITS | $(1.00) | $14.55 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 8:29:29 PM | | | Withdrawal | | |
| DEV | 4/19/2004 5:03:51 PM | ITS0419 | | ITS Withdrawal | $(2.00) | $12.55 |
| DEV | 4/20/2004 7:51:56 PM | ITS0420 | | ITS Withdrawal | $(2.00) | $10.55 |
| DEV | 4/21/2004 7:29:24 PM | ITS0421 | | ITS Withdrawal | $(2.00) | $8.55 |
| DEV | 4/23/2004 10:09:10 PM | ITS0423 | | ITS Withdrawal | $(1.00) | $7.55 |
| DEV | 4/24/2004 5:05:56 PM | ITS0424 | | ITS Withdrawal | $(1.00) | $6.55 |
| DEV | 4/25/2004 12:35:15 PM | ITS0425 | | ITS Withdrawal | $(4.00) | $2.55 |
| DEV | 4/26/2004 2:47:11 PM | 13508 | 1079559 | Local Collections | $30.00 | $32.55 |
| DEV | 4/26/2004 6:06:24 PM | 79 | | Sales | $(24.55) | $8.00 |
| DEV | 4/26/2004 6:45:16 PM | ITS0426 | | ITS Withdrawal | $(4.00) | $4.00 |
| DEV | 4/27/2004 5:22:56 PM | ITS0427 | | ITS Withdrawal | $(1.00) | $3.00 |
| DEV | 4/28/2004 5:23:44 PM | ITS0428 | | ITS Withdrawal | $(2.00) | $1.00 |
| DEV | 4/30/2004 2:02:28 PM | 13836 | 1079567 | Local Collections | $15.00 | $16.00 |
| DEV | 4/30/2004 7:42:07 PM | ITS0430 | | ITS Withdrawal | $(5.00) | $11.00 |
| DEV | 5/1/2004 10:57:38 PM | ITS0501 | | ITS Withdrawal | $(4.00) | $7.00 |
| DEV | 5/2/2004 12:02:46 PM | ITS0502 | | ITS Withdrawal | $(1.00) | $6.00 |
| DEV | 5/2/2004 11:03:03 PM | ITS0502 | | ITS Withdrawal | $(2.00) | $4.00 |
| DEV | 5/3/2004 2:30:39 PM | 13924 | 1088595 | Local Collections | $25.00 | $49.00 |
| DEV | 5/3/2004 2:30:39 PM | 13944 | 1088595 | Local Collections | $20.00 | $24.00 |
| DEV | 5/3/2004 6:07:45 PM | 93 | | Sales | $(0.40) | $48.60 |
| DEV | 5/3/2004 8:56:01 PM | ITS0503 | | ITS Withdrawal | $(5.00) | $43.60 |
| DEV | 5/5/2004 11:13:59 PM | ITS0505 | | ITS Withdrawal | $(3.00) | $40.60 |
| DEV | 5/6/2004 6:18:47 PM | 78 | | Sales | $(35.80) | $4.80 |
| DEV | 5/8/2004 4:57:00 PM | ITS0508 | | ITS Withdrawal | $(1.00) | $3.80 |
| DEV | 5/9/2004 8:03:14 PM | ITS0509 | | ITS Withdrawal | $(3.00) | $0.80 |
| DEV | 5/21/2004 1:48:01 PM | 15177 | 1079587 | Local Collections | $25.00 | $25.80 |
| DEV | 5/21/2004 5:22:53 PM | ITS0521 | | ITS Withdrawal | $(5.00) | $20.80 |
| DEV | 5/23/2004 10:35:48 AM | ITS0523 | | ITS Withdrawal | $(5.00) | $15.80 |
| DEV | 5/25/2004 1:41:12 PM | 15398 | 1079591 | Local Collections | $50.00 | $65.80 |
| DEV | 5/25/2004 4:44:12 PM | ITS0525 | | ITS Withdrawal | $(10.00) | $55.80 |
| DEV | 5/28/2004 1:29:19 PM | 15625 | 1079595 | Local Collections | $15.00 | $70.80 |
| DEV | 5/29/2004 10:42:12 AM | ITS0529 | | ITS Withdrawal | $(5.00) | $65.80 |
| DEV | 5/29/2004 2:43:38 PM | ITS0529 | | ITS Withdrawal | $(10.00) | $55.80 |
| DEV | 5/30/2004 | ITS0530 | | ITS | $(5.00) | $50.80 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 11:40:56 AM | | | Withdrawal | | | |
| DEV | 5/31/2004 5:38:39 PM | ITS0531 | | ITS Withdrawal | $(5.00) | | $45.80 |
| DEV | 6/1/2004 11:23:50 AM | 12 | | Sales | $(25.95) | | $19.85 |
| DEV | 6/1/2004 11:25:18 AM | 13 | | Sales | $0.00 | | $19.85 |
| DEV | 6/3/2004 2:21:34 PM | 15907 | 1079600 | Local Collections | $20.00 | | $39.85 |
| DEV | 6/3/2004 4:38:25 PM | ITS0603 | | ITS Withdrawal | $(4.00) | | $35.85 |
| DEV | 6/4/2004 7:13:11 PM | ITS0604 | | ITS Withdrawal | $(2.00) | | $33.85 |
| DEV | 6/4/2004 10:15:30 PM | ITS0604 | | ITS Withdrawal | $(1.00) | | $32.85 |
| DEV | 6/5/2004 12:07:01 PM | ITS0605 | | ITS Withdrawal | $(2.00) | | $30.85 |
| DEV | 6/5/2004 8:19:29 PM | ITS0605 | | ITS Withdrawal | $(4.00) | | $26.85 |
| DEV | 6/6/2004 10:21:05 AM | ITS0606 | | ITS Withdrawal | $(1.00) | | $25.85 |
| DEV | 6/6/2004 12:16:53 PM | ITS0606 | | ITS Withdrawal | $(2.00) | | $23.85 |
| DEV | 6/7/2004 9:14:03 AM | ISO037 | | FRP Quarterly Pymt | $0.00 | | $23.85 |

Total Transactions: 174

Totals: 23.85    0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $8.85 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $23.85 |
| Totals: | $8.85 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $23.85 |