Luis Molina Acosta
Reg. No. 16056-069
Federal Medical Center, Devens
P.O. Box 879
Ayer, MA 01432
October 28, 2004

United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: Civil Action Complaint No. 04-40147-WYG
    Luis Molina Acosta Vs. David Winn, Warden, Devens

Dear Sir/Madam:

   I am writing to inform you of my current situation in which I will be release on the 6 of December, 2004, I do not know if I will be sent back to my country the Dominican Republic or if I will remain in the United States, in any case I am sending you the address in the Dominican Republic where I will be staying and the phone number and also the address to my sister just in case I stay with her I will also include her phone number, I will also sent you my daughter's address and phone number and my wife's address and phone number, that way you can be able to contact me at any of these so mentioned adresses or phone numbers.

   I would also like to kindly request from you that if possible can you please send me any correspondence in spanish and english being that I don't speak or read the english lanuage, I will try to find some one that can read it to me if sent in english, but this is not possible all the time, so in spanish would be better for me.

   I would like to thank you in advance for your help and consideration in this matter the following are the addresses mentioned up above.

                                        Thank You,

                                        [signature]

## ADDRESSES

Sister
Ana Molina Berroa
23 Cypruz Avenue
Brentwood Long Island, New York 11717
Tel. No. (631) 951-4470

Wife
Magaliy Nunes
Calle 1 /W22
Santa Monica, Bayamon, Puerto Rico 00459
Tel. No. (787) 449-2724
        or
P.O. Box 1686
Carolina, Puerto Rico 00984

Daugther
Anenty Molina
1231 Sheridan Avenue Apt. No. 43
Bronx, New York 10654
Tel. No. (718) 992-1492
Cell No. (917) 202-0317

uncle in Dominican Republic
Valerio Olguin
Calle Presa Taveras # 463
Urbanizacion (Elmillon)
Santo Domingo D.N.
Tel. No. (809) 620-1712
         (809) 388-1963
         (809) 498-1050
This is where I can be found in the Dominican Republic.