## U.S. Postal Service
## CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No;
or PO Box No.

City, State, ZIP+4

7002 0510 0004 1959 5314

PS Form 3800, January 2001    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CORRECTION OFFICER MALDONADO
   FMC, DEVENS
   PO BOX 880
   AYER, MA 01432

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X /s/ _____   ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   M. Johnson                    11/10/04

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7002 0510 0004 1359 5314

PS Form 3811, August 2001   Domestic Return Receipt

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Luis Molina Acosta | 04-40147-WGY |
| DEFENDANT | TYPE OF PROCESS |
| Correction Officer Maldonado | Civil Action Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Correction Officer Maldonado

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
FmC, Devens, P.O. Box 880, Ayer, MA. 01432

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Luis Molina Acosta Reg. No. 16056-069
Federal Medical Center, Devens
P.O. Box 879
Ayer, MA. 01432

Number of process to be served with this Form - 285

Number of parties to be served in this case: 7

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: None
DATE: Oct. 6, 2004

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 11/9/04 |
|---|---|---|---|---|---|
| | 1 | | | Nancy Talavera | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      Massachusetts

Luis Molina-Acosta,
    Plaintiff,

V.

**SUMMONS IN A CIVIL CASE**

David Winn, et al.,
    Defendants.

CASE NUMBER: C.A. No. 04-40147-WGY

Maldonado, Correction Officer, FMC Devens, Ayer, MA 01432

TO: (Name and address of Defendant)

David L. Winn, Warden FMC Devens
Maldonado, Correction Officer
FMC, Devens
P.O. Box 880
Ayer, MA 01432

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Luis Molina-Acosta, pro se

an answer to the complaint which is herewith served upon you, within    sixty (60)    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

September 23, 2004
DATE