# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LUIS MOLINA-ACOSTA,<br><br>       Plaintiff,<br><br>v.<br><br>DAVID L. WINN, Warden,<br><br>       Defendant. | )<br>)<br>)  Civil Action No. 04-40147-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk:

    Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as counsel for the defendant, David L. Winn, Warden.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

By:  /s/ electronic signature
     MARK T. QUINLIVAN
     Assistant United States Attorney
     United States Attorney's Office
     John Joseph Moakley U.S. Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA 02210
     617-748-3606

Dated: December 22, 2004

## CERTIFICATE OF SERVICE

    I hereby certify that copy of the foregoing was served by mail, on December 22, 2004, upon Luis Molina-Acosta, Inmate #16056-069, Fort Devens Medical Center, PO Box 879, Ayer, MA, 01432.

                                    /s/ Mark T. Quinlivan
                                    Mark T. Quinlivan
                                    Assistant U.S. Attorney