**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Luis Molina Acosta | 04-40147-WGY |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Federal Bureau Of Prisons/Henry J. Sadowski, Counsel | Civil Action Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Henry J. Sadowski, Regional Counsel

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Northeast Regional Office, Room 001, U.S. Custom Office, 2nd & Chestnut Street, Philadelphia, Pennsylvania 19106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lusi Molina Acosta Reg. No. 16056-069
Federal Medical Center, Devens
P.O. Box 879
Ayer, MA. 01432

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

2004 OCT 21 P 5b

RECEIVED U.S. MARSHAL SERVICE BOSTON, MA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

| Signature of Attorney or other Originator requesting service on behalf of: | XX PLAINTIFF / DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | | None | Oct. 15, 2004 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 66 | Signature of Authorized USMS Deputy or Clerk Nancy Talavera | Date 10/21/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
JEANNE SOPHIA

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 20 Oct 04 | 13:15 | pm |

Signature of U.S. Marshal or Deputy [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 10/21/04 FWD TO USMSED/PA #66 nt

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Massachusetts _____

Luis Molina-Acosta,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

David Winn, et al.,
    Defendants.

CASE NUMBER: C.A. No. 04-40147-WGY

TO: (Name and address of Defendant)

Federal Bureau of Prisons
Henry J. Sadowski, Regional Counsel
Northeast Regional Office, Room 801
U.S. Custom House
2nd & Chestnut Street
Philadelphia, Pennsylvania 19106

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Luis Molina-Acosta, pro se  Reg. No. 16056-069
Federal Medical Center, Devens
P.O. Box 879
Ayer, MA. 01432

an answer to the complaint which is herewith served upon you, within ____ sixty (60) ____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

September 23, 2004
DATE