**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LUIS MOLINA-ACOSTA, | ) | |
| | ) | Civil Action No. 04-40147-WGY |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID L. WINN, Warden, FMC Devens; and | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANTS' MOTION TO DISMISS <u>BIVENS</u> CLAIMS, AND**
**TO SUBSTITUTE THE UNITED STATES AS PROPER PARTY DEFENDANT**

Pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure, defendants hereby move that this Honorable Court (1) dismiss David L. Winn, Warden, FMC Devens, and the Federal Bureau of Prisons, as defendants to the extent the plaintiff is raising claims against them under <u>Bivens</u> v. <u>Six Unknown Named Agents</u>, 403 U.S. 388 (1971); and (2) substitute the United States as the only proper party defendant to the extent the plaintiff is raising claims under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2671 *et seq.* The grounds for this motion are set forth in the accompanying Memorandum of Law, and the Notice of Substitution.

//

//

//

//

//

//

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


 /s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3606

Dated: January 24, 2005


CERTIFICATE UNDER L.R. 7.1

The defendant takes the position that L.R. 7.1 requires "counsel" to confer and is not applicable where, as here, the opposing party is incarcerated and is appearing *pro se.* Alternatively, because plaintiff is a prisoner currently incarcerated in a correctional facility, counsel for the defendant respectfully requests leave to file this Motion without a 7.1 conference.

 /s/ Mark T. Quinlivan
Mark T. Quinlivan
Assistant U.S. Attorney



CERTIFICATE OF SERVICE

I hereby certify that copy of the foregoing was served by mail, on January 24, 2005, upon Luis Molina-Acosta, Suffolk County House of Corrections, 20 Bradston Street, Boston, MA 02118

 /s/ Mark T. Quinlivan
Mark T. Quinlivan
Assistant U.S. Attorney