28 U.S.C. § 2679(d)(1), the United States should be substituted as the proper party defendant to any FTCA claims that Mr. Molina-Acosta might be raising in this matter. Upon the United States' substitution as the proper party defendant, the government respectfully requests 30 days in which to answer or otherwise plead to the complaint.

## CONCLUSION

To the extent Mr. Molina-Acosta's complaint is construed as raising claims under Bivens, those claims should be dismissed against Warden Winn and the BOP. To the extent Mr. Molina-Acosta's complaint is construed as raising claims under the FTCA, those claims should be dismissed against Warden Winn and the BOP, and the United States should be substituted as the proper party defendant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

 /s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3606

Dated: January 24, 2005

CERTIFICATE OF SERVICE

I hereby certify that copy of the foregoing was served by mail, on January 24, 2005, upon Luis Molina-Acosta, Suffolk County House of Corrections, 20 Bradston Street, Boston, MA 02118

 /s/ Mark T. Quinlivan
Mark T. Quinlivan
Assistant U.S. Attorney