UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS MOLINA-ACOSTA, ) | |
| ) | Civil Action No. 04-40147-WGY |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAVID L. WINN, Warden, FMC Devens; and ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATION

I, Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to the provisions of 28 U.S.C. § 2679(d)(1) and by virtue of the authority vested in the United States Attorney by the Attorney General under 28 C.F.R. § 15.3(a), hereby certify that on the basis of the information now available with respect to the facts alleged in plaintiff's Complaint, I find that defendant David L. Winn, Warden of the Federal Medical Center at Devens, Massachusetts, was acting within the scope of his employment as an employee of the federal government with respect to any acts or omissions that are alleged in the plaintiff's complaint.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: January 24, 2005