UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LUIS MOLINA-ACOSTA, | ) ) ) | Civil Action No. 04-40147-WGY |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| DAVID L. WINN, Warden, FMC Devens; and FEDERAL BUREAU OF PRISONS, | ) ) ) |  |
| Defendant. | ) ) |  |

**ORDER**

The Court having been fully apprised that the United States Attorney has certified that David L. Winn, Warden, FMC Devens, was acting within the scope of his employment at the time of the incidents giving rise to this suit, and the Court having been apprised of the substitution of the United States as the defendant on all tort claims pursuant to 28 U.S.C. § 2679(d)(1), it is hereby

ORDERED that the tort claims set forth in the Complaint are dismissed with respect to the defendant Winn; and it is further hereby

ORDERED that the caption of this action shall be amended to reflect the substitution of the United States as the sole defendant on the tort claims; and it is hereby further

ORDERED that the United States shall file an answer or other responsive pleading within 30 days.

_____
WILLIAM G. YOUNG
CHIEF UNITED STATES DISTRICT JUDGE

DATED: January \_\_\_, 2005