

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

---

P.O. Box 880
Ayer, MA 01432

SCANNED
DATE: 12/16/04
BY: SH

November 23, 2004

US Department of Justice
United States Marshals Service
District of Massachusetts
United States Courthouse
1 Courthouse Way, Suite 500
Boston, MA 02210

Re: <u>Acosta v. Winn, et. al., Civil Action No. 04-40147</u>

Dear Sir or Madam:

I am returning the enclosed Summons in a Civil Case for the above referenced lawsuit for former Correctional Officer Maldonado, who is no longer employed at FMC Devens.

If you have any questions, please feel free to contact me at (978) 796-1000, Ext. 1039.

Sincerely,

*[signature: Cheryl L. Magnusson]*

Cheryl L. Magnusson
Legal Assistant