## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS MOLINA-ACOSTA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Civil Action No. 04-40147-WGY |

### ANSWER OF DEFENDANT UNITED STATES OF AMERICA

Defendant United States of America answers the Complaint, as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Pursuant to 28 U.S.C. § 2402, plaintiff is not entitled to a jury trial against defendant.

### THIRD DEFENSE

Pursuant to 28 U.S.C. § 2674, plaintiff is not entitled to punitive damages.

### FOURTH DEFENSE

Responding to the allegations in the numbered paragraphs of the complaint, the United States of America admits, denies or other avers, as follows:

### PARTIES

1. Defendant admits that the plaintiff is Luis Molina-Acosta. Defendant denies that plaintiff is incarcerated at the Federal Medical Center-Devens, Massachusetts ("FMC Devens"). Defendant avers that, on January 12, 2005, plaintiff was released from the custody of the Federal Bureau of

Prisons ("BOP"), and that he is currently in custody at the Suffolk County House of Corrections, while awaiting deportation.

2. Defendant denies that David L. Winn, Warden, FMC Devens, is a defendant in this action. Defendant avers that, on February 22, 2005, this Court dismissed plaintiff's <u>Bivens</u> claims against Warden Winn, and substituted the United States for Warden Winn and the BOP with respect to plaintiff's claims brought under the FTCA.

## STATEMENT OF CLAIM

3. Defendant denies the allegations of this paragraph, except to admit that, on August 28, 2003, Luis Molina-Acosta, Registration Number 16056-069, was designated to and arrived at FMC Devens; that, upon arrival at FMC Devens on August 28, 2003, plaintiff was processed through the Receive and Discharge ("R & D") department; that, on April 28, 2003, plaintiff was housed in the Special Housing Unit (SHU).

## RELIEF

The remainder of the Complaint constitutes plaintiff's request for relief to which no response is required. Insofar as an answer may be deemed to be required, defendant denies that plaintiff is entitled to the relief prayed for in this action or to any relief whatsoever. Defendant further specifically denies all of the allegations of the Complaint not previously otherwise answered.

WHEREFORE, having fully responded to the Complaint, defendant prays that:

1. the plaintiff takes nothing by way of its Complaint in this action;

2. the action be dismissed with prejudice; and

3. the Court grant such other and further relief as it may deem appropriate.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: /s/ Mark T. Quinlivan
     MARK T. QUINLIVAN
     Assistant United States Attorney
     United States Attorney's Office
     John Joseph Moakley U.S. Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA 02210
     617-748-3606

Dated: March 25, 2005

CERTIFICATE OF SERVICE

    I hereby certify that copy of the foregoing was served by mail, on March 25, 2005, upon Luis Molina-Acosta, Suffolk County House of Corrections, 20 Bradston Street, Boston, MA 02118

        /s/ Mark T. Quinlivan
        Mark T. Quinlivan
        Assistant United States Attorney