UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS MOLINA-ACOSTA, ) | |
| ) | Civil Action No. 04-40147-WGY |
| Plaintiff, ) | |
| v. ) | |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO STRIKE
REQUEST FOR A TRIAL BY JURY AND FOR PUNITIVE DAMAGES**

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, defendant United States of America hereby moves to strike plaintiff's request for a trial by jury and for punitive damages, as neither are available under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2671 *et seq*. The grounds for this motion are set forth in the accompanying Memorandum of Law.

//

//

//

//

//

//

//

//

//

//

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

 /s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3606

Dated: March 25, 2005

### CERTIFICATE UNDER L.R. 7.1

The defendant takes the position that L.R. 7.1 requires "counsel" to confer and is not applicable where, as here, the opposing party is incarcerated and is appearing *pro se*. Alternatively, because plaintiff is a prisoner currently incarcerated in a correctional facility, counsel for the defendant respectfully requests leave to file this Motion without a 7.1 conference.

 /s/ Mark T. Quinlivan
Mark T. Quinlivan
Assistant United States Attorney

### CERTIFICATE OF SERVICE

I hereby certify that copy of the foregoing was served by mail, on March 25, 2005, upon Luis Molina-Acosta, Suffolk County House of Corrections, 20 Bradston Street, Boston, MA 02118

 /s/ Mark T. Quinlivan
Mark T. Quinlivan
Assistant United States Attorney