```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

LUIS MOLINA-ACOSTA,            )
       Plaintiff,       )
                          )  C.A. No. 04-41047-WGY
   v.                          )
                          )
DAVID L. WINN, et al.,         )
       Defendants.     )

### PROCEDURAL ORDER

On July 29, 2004, plaintiff Luis Molina-Acosta filed this action seeking monetary damages for personal injuries plaintiff allegedly sustained through the actions of federal prison officers and employees. Although plaintiff filed this action while he was an inmate at FMC Devens, it has come to the Court's attention[1] that he now detained at the Suffolk County House of Correction by the Department of Homeland Security awaiting his removal from the United States.

Plaintiff was apparently released and he failed to inform the Court of his new address as required under this Court's local rules. See District of Massachusetts Local Rule 83.5.2(e). Plaintiff is advised that Local Rule 83.5.2(e) requires a party appearing pro se to notify the clerk of any change of address and provides that any party appearing pro se that has not filed an appearance or provided a current address "shall not be entitled

---

[1] Copies of Court documents were mailed to plaintiff and were returned by the postal service as undeliverable. In an effort to confirm plaintiff's current address, a clerk of this Court contacted several government agencies and determined that plaintiff is now at the Suffolk County House of Correction.

to notice."  Because the Court was able to identify plaintiff's current address, the clerk will be directed to update plaintiff's address on the docket.  However, plaintiff is advised that it is his obligation to keep the Court informed of any change of address.

 Based upon the foregoing, it is hereby

 ORDERED, the Clerk shall list plaintiff's address on the docket at the Suffolk County House of Correction.  The Clerk shall send plaintiff with this Procedural Order a copy of the docket sheet.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>11th</u> day of <u>April</u>, 2005.


        /s/ William G. Young
        WILLIAM G. YOUNG
        CHIEF UNITED STATES DISTRICT JUDGE