October 2, 2004

Luis Molina-Acosta
aka Santiago Acosta Molina
Reg. No. 16056-069
Devens- FMC
P. O. Box 879
Ayer, MA 01432



04-40147

Management Analyst
Records Service Branch
U. S. Department of Justice
Executive Office For Immigration Review
Baltimore, Maryland

    Re:   S-Molina Acosta, Luis
         File: A37-034-909
         Case No.: RAM0311000018

Dear Sir/Madam:

    I give written permission to release and send any and all of my records. Specifically, the Court order of the deportation order and memorandum opinion. I am presently incarcerated at the above-mentioned address being held for current reentry offense. My alias is above also, my date of birth is October 9, 1951, my social security number is 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. Please send my records to me at the above-mentioned address. Thank you very much for your helf.

                                               Sincerely,

                                               Luis Molina Acosta

Case Name: Molina-Acosta v. Winn et al

Case Number: 4:04-cv-40147

Luis Molina-Acosta
0500191
Immigration Unit
Suffolk County House of Correction    INFIRMARY
20 Bradston Street
Boston, MA 02118