MAY. 15, 05
Luis Molina Acosta
20 BRADTON ST.
BOSTON MA. 02115
INFIRMARY, # 0500191

FILED
CLERKS OFFICE
2005 MAY 17 A 11: 52
CASE # 04-40047 W.g.Y.
U.S. DISTRICT COURT
04-4104 ZWS W.g.Y.

To: Clerk of Court
United States District Court
Office of The Clerk:
John Joseph Moakley Court House
1 Court House Way, Suite 2300
Boston, MA. 02210.

Dear Sir/Madam:
I, winitten this letter, and Attached copy of the immigration notice Regarding to my Alien Custody Review.
At this moment I Are Handicap, and They kepy me at the medical Dept. bot I, don't have not medication for Cronical condition, I have used an wild Chair to moved here at the infirmary, and I don't not have any help to understand the inglish speck, and this was the Cause way that I not hauld an good defence at the case Regarding to I.N.S. and others.

Respect.

My Attorney name and Tel. Number, if you what to comunication whit him:

Mr. Otto Santana Att. At. Law
612 519 0604.

Thank You.

By the Attent.

Very Truly: Luis Molina Acosta



U.S. Department of Homeland Security

Bureau of Immigration and Customs Enforcement
Detention & Removal Operations
New England Field Division

JFK Federal Building
Government Center
Boston, Ma. 02203

Name: MOLINA, Luis
A#:    37 034 909

C/O Suffolk House of Corrections

# Notice to Alien of File Custody Review

You are detained in the custody of the Immigration and Naturalization Service (INS) and you are required to cooperate with the INS in effecting your removal from the United States. If the INS has not removed you from the United States within the removal period as set forth in INA 241(a) (normally 90-days) of either: 1) your entering INS custody with a final order of removal, deportation or exclusion, or 2) the date of any final order you receive while you are in INS custody, the INS Deciding Official will review your case for consideration of release on an Order of Supervision. Release, however, is dependent on your demonstrating to the satisfaction of the Attorney General that you **will not** pose a danger to the community and **will not** present a flight risk.

Your custody status will be reviewed on or about: **(04/12/05)** . The Deciding Official may consider, but is not limited to considering the following:

1. Criminal convictions and criminal conduct;
2. Other criminal and immigration history;
3. Sentence(s) imposed and time actually served;
4. History of escapes, failures to appear for judicial or other proceedings, and other defaults;
5. Probation history;
6. Disciplinary problems while incarcerated;
7. Evidence of rehabilitative effort or recidivism;
8. Equities in the United States;
9. Cooperation in obtaining your travel document.
10. Any available mental health reports.

You may submit any documentation you wish to be reviewed in support of your release, prior to the date listed above, to the attention of the Officer and address below. English translations must be provided pursuant to 8 CFR 103.2(b)(3). An attorney or other person may submit materials on your behalf. The district director will notify you of the decision in your case. Attached to this notice a list of free or low cost legal representatives who may be able to provide assistance to you in preparing your case.

U.S. Department of Homeland Security
Bureau of Immigration and Customs Enforcement
Attn: POCR Unit
JFK Federal Building, Government Center
Boston, Ma  02203

METHOD OF SERVICE

I certify that this form was provided to the alien by:           (Hand)                    (Institution Mail)
( ) CC: Attorney of Record or Designated Representative
(X) CC: A-file

_Timothy T. Stevens_          Timothy T. Stevens          _03/11/05_
Signature of Officer            Print Name of Officer              Date