United States District Court
District of Massachusetts (Worcester)
CIVIL DOCKET FOR CASE #:4:04-cv-40147-WGY

LUIS MOLINA ACOSTA

   V.   Plantiff,

DAVID L. WINN, et al.,

Case No. 4:04-cv-40147-WGY

FILED
IN CLERKS OFFICE

2005 JUL -8 P 4: 28

DISTRICT COURT
DISTRICT OF MASS.

### NOTIFICATION OF CHANGE OF ADDRESS

AND NOW, comes the Plaintiff, Luis Molina Acosta, and hereby files this Notification of Change of Address in the above-captioned case. The Plaintiff respectfully sumits the following:

I.) The Plaintiff notied the Court of Possible change of address which he advised that all correspondances concerning the above-captioned case should be sent to: YEIDRING M. MOLINA
23, Cyprus Ave. Brentwood, L.I. N.Y. 11717)(or, To: Otto Santana ATTORNEY-AT-LAW: 14, Village green, L-N-#3, Natick, MA. )(01760

2) The Plaintiff submits that at Jun.23 , I Was tranfered to Dominican Republic for the immigration authority and now, my new address in the City is :CALLE ROSA DUARTE/ESQUINA LIBERTAD CASA #5 Santo Domingo Dom.Rep. (Barrio Los tres Brazos (D.N.).....TEL. 1-809-388-1963.

3) The Plaintiff states that the Court should continued to send any correspondants concerning the above-captioned case.

4) Not continued to mailed any letters to :20 Bradton St. Boston MA.
02118
Only to my SON :YEIDRING M. MOLINA, (or) my LAWYER, Mr. Otto Santana

Respectfully Submitted,

*[signature]*
LUIS MOLINA ACOSTA, Plaintiff  7/6/05