Luis Molina Acosta
20 BRADTON, ST.
Boston, MA. 02118
(INFARMARY) (ID # 0500191)

June 17, 2005
              Motion Letter
Re: Molina Acosta V. WARDen DAvid L. Winn, et.
Honorable: William G. Yoong: Civil# 4:04-cv-40147
United States District Court
District of MASSACHusetts (WORCenter)
         02210
You honor, Yesterday 6/15/05 At 1135 Am.
Two immigistion offier come to visit me
here at the infurmery where I have 6 monts
and they tell me that I go to be renewing
at next week to my Cousty Dominicin Rep.
but with my hondicop Conditions and no
medical attention I fell that this is
inhumane and I dit'nt have any Contact
with my Jauyls to keep up this matter.
or an offier of the Court and Couselor —
render me effective assistence of Counsly
to hold me in the territory of the united
States of MA. until my Civil Case is Solved
I Would appreciate You mercy and Atention
To this matters.
   Respetfully:
   Luis Molina Acosta:

in any case this go to be my Address:
23 CYPRUZ AVE.
BRentwood Long Island N.Y.
11717
my Lawyer phone No. is 617 519 0604
Attorney otto SANTANA: