UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS MOLINA-ACOSTA,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-40147-WGY |

**MOTION TO DISMISS FOR LACK AND/OR INABILITY OF PROSECUTION
OR, IN THE ALTERNATIVE, FOR ISSUANCE OF LOCAL RULE 41.1(a)(1) NOTICE**

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, defendant, the United States of Americay, hereby moves to dismiss this action for lack and/or inability of prosecution. In the alternative, defendant moves this Honorable Court to enter a Local Rule 41.1(a)(1) notice informing plaintiff that this case will be dismissed within 30 days absent an explanation for the lack of proceedings. The grounds for this motion are set forth in the accompanying Memorandum of Law.

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

                                                  /s/ Mark T. Quinlivan
                                                  MARK T. QUINLIVAN
                                                  Assistant U.S. Attorney
                                                  John Joseph Moakley U.S. Courthouse
                                                  1 Courthouse Way, Suite 9200
                                                  Boston, MA 02210
                                                  (617) 748-3606

Dated: October 18, 2006

                         CERTIFICATE OF CONSULTATION UNDER L.R. 7.1 AND OF SERVICE
      The defendant is unable to confer with the plaintiff as he has been removed from the United States and has left no contact information outside of a forwarding address. I hereby certify that copy of the foregoing was served by mail, on October 18, 2006, upon Luis Molina-Acosta, c/o Yeidring M. Molina, 23 Cyprus Avenue, Brentwood, NY 11717.

                                                          /s/ Mark T. Quinlivan
                                                        Mark T. Quinlivan