Westlaw.

28 F.3d 1295 Page 1
28 F.3d 1295, 1994 WL 329308 (C.A.D.C.), 307 U.S.App.D.C. 428
(Cite as: 28 F.3d 1295)

U.S. v. KuteyiC.A.D.C.,1994.NOTICE: THIS IS AN UNPUBLISHED OPINION.(The Court's decision is referenced in a "Table of Decisions Without Reported Opinions" appearing in the Federal Reporter. Use FI CTADC Rule 28 and FI CTADC Rule 36 for rules regarding the publication and citation of unpublished opinions.)
United States Court of Appeals, District of Columbia Circuit.
UNITED STATES of America
v.
Lawrence O. KUTEYI, Appellant.
No. 90-3194.

July 1, 1994.

DISMISSED.

Before: WALD, RANDOLPH and ROGERS, Circuit Judges.

ORDER

PER CURIAM.
*1 It is ORDERED, on the court's own motion, that this appeal be dismissed for failure to prosecute. The court notes that this appeal was filed in August, 1990, that appellant was deported in February, 1991, and that appellant has taken no further action to prosecute his appeal.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing. See D.C.Cir. Rule 41.

C.A.D.C.,1994.
U.S. v. Kuteyi
28 F.3d 1295, 1994 WL 329308 (C.A.D.C.), 307 U.S.App.D.C. 428

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.