UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-40147-WGY

LUIS MOLINA-ACOSTA
Plaintiff

v.

UNITED STATES
Defendant

ORDER OF DISMISSAL

YOUNG,D.J.

      After a ruling on 10/20/06 ,this Court Orders that Defendant's Motion to Dismiss is Allowed and the above entitled action be and hereby is Dismissed for lack and ability of prosecution.

Sarah A. Thornton
Clerk

By:  /s/ Elizabeth Smith
Deputy Clerk

October 20, 2006

Notice mailed to counsel of record.